**STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.**
James F. Holtz, Esq.
Nevada Bar No. 8119
Scott J. Ingold, Esq.
Nevada Bar No. 11818
1120 Town Center Drive, Suite 220
Las Vegas, Nevada  89144

Telephone:     (702) 304-1803
Facsimile:     (702) 304-1822

Attorneys for Defendant WALGREEN CO.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MS. JAMALIA DODD<br><br>        Plaintiff,<br><br>v.<br><br>WALGREEN CO., a Nevada Foreign Corporation, d/b/a/ Walgreens; DOES 1 through 100; ROE CORPORATIONS 101 through 200,<br><br>        Defendants. | Case No. 2:12-cv-01705-LDG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED: December 18, 2012                    DATED: December 18, 2012

BERNSTEIN & POISSON                         STUTZ ARTIANO SHINOFF & HOLTZ
                                            A Professional Corporation

    /s/ Glen A. Howard                          /s/ James F. Holtz
By:_____                  By:_____
    Scott L. Poisson, Bar No.                   James F. Holtz, Bar No. 8119
    Glen A. Howard, Bar No. 9065                Scott J. Ingold, Bar No. 11818
    320 South Jones Blvd.                       1120 Town Center Drive, Suite 210
    Las Vegas, NV  89107                        Las Vegas, Nevada  89144
    Telephone: (702) 256-4566                   Telephone:     (702) 304-1803
    Facsimile: (702) 256-6280                   Facsimile:     (702) 304-1822
    Attorneys for Plaintiff                     Attorneys for Walgreen Co.

G:\DATA\1329\74\PL\S0119034.WPD

1

1 **ORDER**

2 Upon the stipulation of the parties entered into above,

3 IT IS HEREBY ORDERED that the above-entitled matter against Defendant is hereby

4 dismissed with prejudice, with each party to bear their own costs and attorney's fees.

5 DATED this ___26___ day of December, 2012.

7 _____
UNITED STATES DISTRICT COURT JUDGE

2

G:\DATA\1329\74\PL\S0119034.WPD